

ORDERED in the Southern District of Florida on January 29, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In Re: | PROCEEDINGS UNDER CHAPTER 13 |
| TERESITA CASTRO LECLAIRE | CASE NO.: 12-28878-LMI |
| XXX-XX-5911 | |
| _____Debtor_____/ | |

### ORDER SUSTAINING OBJECTION TO CLAIM #04

**THIS CAUSE** came on to be heard on January 06, 2015, upon the Debtor's Objection to Claim #04 of CAPITAL ONE, NA/ECAST SETTLEMENT CORP/BEST BUY CO., INC., (Document #37), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #04 is sustained, as the debtors no longer have possession of the collateral.

2. CAPITAL ONE, NA/ECAST SETTLEMENT CORP/BEST BUY CO., INC., Claim #04 is reclassified from a secured claim to an unsecured claim.

(###)

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.